**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **JOHNNY FLORES,** | )<br>) |
| Plaintiff, | )<br>) Case No. EDCV 10-00379 AJW |
| v. | ) **J U D G M E N T**<br>) |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of the Social**<br>**Security Administration,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed.**

August 23, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge